UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CANDICE CRAIG**

**VERSUS**

**OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER, ET AL.**

**CIVIL ACTION**

**NO. 15-814-JWD-RLB**

### O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued May 24, 2016, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Seal Records and Close all Proceedings in this Civil Matter (R. Doc. 5), is DENIED without prejudice to re-urge should a hearing be scheduled before the Court in the future.

Signed in Baton Rouge, Louisiana, on June 15, 2016.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**